IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

VICKI CHADWELL §
 §
VS. § CIVIL ACTION NO.4:08-CV-736-Y
 §
MICHAEL J. ASTRUE, §
Commissioner of §
Social Security §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On May 25, 2010, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Vicki Chadwell's claim for disability insurance benefits under Title II of the Social Security Act.

All parties had until June 15, 2010, to file written objections to the magistrate judge's proposed findings. Ms. Chadwell filed objections requesting that the Court reject the magistrate judge's findings and remand the case for an award of benefits or, in the alternative, additional administrative proceedings. The commissioner did not file a response.

After reviewing the findings, the record, the relevant case law, and Ms. Chadwell's objections, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, the commissioner's decision is AFFIRMED.

SIGNED September 17, 2010.

                                              TERRY R. MEANS
                                              UNITED STATES DISTRICT JUDGE

TRM/dc